United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. JOHNSON,

    Petitioner,

  v.

RIVERO,

    Respondent.

Case No. 14-cv-02165-JCS (PR)

**ORDER OF DISMISSAL**

Mail sent by the Court to petitioner was returned as undeliverable 30 days ago, and mail in another action (Case No. 14-3230 JCS) was returned as undeliverable more than 60 days ago. Accordingly, this action is hereby DISMISSED without prejudice because petitioner failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).[1]

The order to show cause (Docket No. 16) is DISCHARGED. Respondent is therefore relieved of the obligations imposed by that order.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 22, 2014

                                         _____
                                         JOSEPH C. SPERO
                                         United States Magistrate Judge

---

[1] Petitioner consented to magistrate judge jurisdiction. The magistrate judge, then, has jurisdiction to issue this order, even though defendants have not been served or consented to magistrate judge jurisdiction. *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995) (holding that magistrate judge had jurisdiction to dismiss prisoners action under 42 U.S.C. § 1983 as frivolous without consent of defendants because they had not been served and therefore were not parties).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. JOHNSON,

    Plaintiff,

  v.

RIVERO,

    Defendant.

Case No. 14-cv-02165-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/22/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Johnson ID: T-44910
Lake County Correctional Facility
4913 Helbush Drive
Lakeport, CA 95453

Dated: 10/22/2014

Richard W. Wieking
Clerk, United States District Court

By: _____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO